IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| IOWA LABORERS' DISTRICT COUNCIL HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE IOWA LABORERS' DISTRICT COUNCIL HEALTH AND WELFARE TRUST FUND, LABORERS' NATIONAL PENSION FUND, and TRUSTEES OF THE LABORERS' NATIONAL PENSION FUND<br><br>    Plaintiffs,<br><br>v.<br><br>CALACCI CONSTRUCTION COMPANY, INC.,<br><br>    Defendant. | No. 3:20-cv-00079-RGE-CFB<br><br><br>**ORDER GRANTING<br>DEFAULT JUDGMENT** |

Now before the Court is Plaintiffs Iowa Laborers' District Council Health and Welfare Trust Fund, Trustees of the Iowa Laborers' District Council Health and Welfare Trust Fund, Laborers' National Pension Fund, and Trustees of the Laborers' National Pension Fund's Motion for Entry of Default Judgment. ECF No. 7; *see also* Pls.' Exs. Supp. Mot. Default J., ECF Nos. 7-1 to 7-3; Pls.' Suppl. Br. Supp. Mot. Default J., ECF No. 11. Defendant Calacci Construction Company, Inc. has not filed a response to the pending motion. The record reflects Calacci Construction was served on October 2, 2020. Proof of Serv. 2, ECF No. 4. On November 12, 2020, the Clerk of Court entered default pursuant to Federal Rule of Civil Procedure 55(a). ECF No. 6.

The Court has reviewed the motion and all supporting documentation.

**IT IS ORDERED** that Plaintiffs Iowa Laborers' District Council Health and Welfare Trust Fund, Trustees of the Iowa Laborers' District Council Health and Welfare Trust Fund, Laborers' National Pension Fund, and Trustees of the Laborers' National Pension Fund's Motion for Entry of Default Judgment, ECF No. 7, is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter default judgment against Defendant Calacci Construction Company, Inc. and in favor of the Plaintiffs in the amount of one hundred and forty-three thousand, two hundred eighty-seven, and 34/100 dollars ($143,287.34), the amount established by the submitted documentation.

**IT IS FURTHER ORDERED** that Defendant Calacci Construction Company, Inc. shall submit to an audit of its books and records for the time period of March 2020 to present, by an auditor selected by Plaintiff Funds, to determine any amounts of contributions due and owing to Plaintiff Funds from March 2020 to present.

**IT IS SO ORDERED.**

Dated this 13th day of April, 2021.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE